LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
  *perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
714.540.1235 / 714.755.8290 (Fax)

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
  Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
12670 High Bluff Drive
San Diego, CA  92130
858.523.5400 / 858.523.5450 (Fax)

Attorneys for Plaintiff
Entrepreneur Media, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>KIZZI NKWOCHA, an individual; MY ENTREPRENEUR MAGAZINE; and DOES 1-10,<br><br>        Defendants. | CASE NO.  8:18-cv-01336-AG-ADS<br><br>**DECLARATION OF PATRICK C. JUSTMAN IN SUPPORT OF PLAINTIFF ENTREPRENEUR MEDIA, INC.'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KIZZI NKWOCHA**<br><br>Judge:     Hon. Andrew J. Guilford<br>Date:      May 6, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 10D |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 8:18-cv-01336-AG-ADS
P. JUSTMAN DECL. ISO APPLICATION
FOR DEFAULT JUDGMENT

I, Patrick C. Justman, hereby declare as follows:

1.      I am an associate with the law firm of Latham & Watkins LLP, counsel for Plaintiff Entrepreneur Media, Inc. ("EMI") in this action.  I am licensed to practice law in the State of California and admitted before this Court.

2.      I make this declaration in support of EMI's Application for Default Judgment Against Defendant Kizzi Nkwocha ("Defendant").  The facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3.      EMI has attempted to contact Defendant several times to express its concerns about Defendant's use of the MY ENTREPRENEUR MAGAZINE mark, but Defendant never responded to EMI's correspondence.

4.      On August 1, 2018, EMI filed its Complaint against Defendant.  Dkt. No. 1.

5.      Defendant was duly served with the Complaint and all other necessary pleadings, court orders, and scheduling materials on August 10, 2018.  Dkt. No. 10.

6.      Defendant failed to file a responsive pleading by the August 31, 2018 response deadline.  To date, Defendant has not answered or otherwise responded to the Complaint or appeared in this matter.

7.      On March 18, 2019, the Court entered default against Defendant.  *See* Dkt. No. 23.

8.      To my knowledge, Defendant is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) of 1940.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 8:18-cv-01336-AG-ADS
P. JUSTMAN DECL. ISO APPLICATION
FOR DEFAULT JUDGMENT

1    I declare under penalty of perjury that the foregoing is true and correct.

2  Executed at San Diego, California on April 4, 2019.

3

4    */s/Patrick C. Justman*
     Patrick C. Justman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

Case No. 8:18-cv-01336-AG-ADS
P. JUSTMAN DECL. ISO APPLICATION
FOR DEFAULT JUDGMENT