JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIZZI NKWOCHA, an individual; MY ENTREPRENEUR MAGAZINE; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-cv-01336-AG-ADS<br><br>[PROPOSED] JUDGMENT AND INJUNCTION AGAINST DEFENDANT KIZZI NKWOCHA<br><br>Judge: Hon. Andrew J. Guilford<br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 10D |

For the reasons set forth in the Court's prior ruling on Plaintiff Entrepreneur Media, Inc.'s ("EMI") motion for default judgment and related relief, the Court hereby enters **JUDGMENT** and a **PERMANENT INJUNCTION** against Defendant Kizzi Nkwocha ("Defendant"), and **ORDERS** as follows:

## I. JUDGMENT

Judgment is entered in favor of EMI on all claims asserted in the Complaint (*see* Dkt. No. 1), and the Court hereby **FINDS** that Defendant's conduct constitutes:

1. Trademark infringement in violation of 15 U.S.C. § 1114;
2. Unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a);
3. Common law trademark infringement under California law; and
4. Common law unfair competition under California law.

## II. PERMANENT INJUNCTION

Defendant, and his agents, servants, and employees that are in active concert or participation with him regarding the use of a trademark subject to this Order (including any action that directly permits Defendant to use any such trademark), and all other persons in active concert or participation with them regarding the use of a trademark subject to this Order, who receive actual notice of the injunction order by personal or other service (collectively, "Enjoined Parties"), are hereby **PERMANENTLY ENJOINED** and shall immediately:

    i. cease all use and never use the MY ENTREPRENEUR MAGAZINE mark, the EMI Marks,[1] or any other trademark containing the "entrepreneur" term (or any misspelling thereof)

---

[1] Specifically, this includes EMI's various ENTREPRENEUR trademarks as reflected in the following United States trademark registrations: 1,453,968; 2,263,883; 2,502,032; 4,260,948; 4,345,424; 4,612,937; 3,470,064; 3,470,063; 4,532,577; 3,204,899; and 5,052,999.

|   |      | in connection with the promotion, advertising, offering for sale, or sale, of any products or services, and never seek to register any such mark; |
|---|------|---|
|   | ii.  | cease all use of the social media accounts at https://www.twitter.com/myentmag and https://www.linkedin.com/company/7150011 (collectively, the "Social Media Accounts") and any other accounts or social media pages used to promote the MY ENTREPRENEUR MAGAZINE mark, and never register any social media account that contains the MY ENTREPRENEUR MAGAZINE mark, any of the EMI Marks, or the "entrepreneur" term or any misspelling thereof; |
|   | iii. | transfer to EMI the Social Media Accounts, all social media accounts used to promote the MY ENTREPRENEUR MAGAZINE mark, and all such accounts in the Enjoined Parties' possession, custody, or control that include the word "entrepreneur" or any misspelling thereof; |
|   | iv.  | transfer to EMI all domain names in the Enjoined Parties' possession, custody, or control that were used in connection with the MY ENTREPRENEUR MAGAZINE mark or include the word "entrepreneur" or any misspelling thereof, including but not limited to the *myentrepreneurmagazine.com* domain name. |

B. The Enjoined Parties shall file with the Court and serve upon EMI's counsel, within thirty (30) days after service of this Order, a report in writing under oath setting forth in detail the manner and form in which the Enjoined Parties have complied with the Permanent Injunction.

C. To give practical effect to the Permanent Injunction, the social

US-DOCS\107519583.1

3

Case No. 8:18-cv-01336-AG-ADS
[PROPOSED] JUDGMENT AND INJUNCTION

networking service or entity (*e.g.*, Twitter, LinkedIn) related to any of the social media accounts subject to this Order shall, within fourteen (14) days of receipt of the Order, transfer, disable, or otherwise cancel those subject accounts at EMI's request if the Enjoined Parties have not already done so.

    D. To give practical effect to the Permanent Injunction, the Registry or Registrar for any of the foregoing domain names shall, within fourteen (14) days of receipt of the order, transfer or otherwise assign those subject domain names to EMI if the Enjoined Parties have not already done so.

**IT IS SO ORDERED.**

Dated: MAY 6, 2019

_____
Honorable Andrew J. Guilford
United States District Judge